IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION:

Date: 01-29-2022

Clarence D. Schreane
Petitioner:
       vs.
Social Security Administration
Respondant.

Case No: 2:22-cv-00051-JPH-MJD

**FILED**
**02/07/2022**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## MOTION PURSUANT TO PRISONER SOCIAL SECURITY Retirement Benefit

- Before this Honorable Court for the Southern District of Indiana, Petitioner Clarence D. Schreane, Proceeding Pro se, respectfully moves this Honorable Court, upon his Motion Pursuant to Prisoner Social Security Retirement Benefit.

- Petitioner Clarence D. Schreane, (herein after) Mr. Schreane, Motion Pursuant to Prisoner Social Security Retirement Benefit, "Old age and Survivor benefit payment, requires this Honorable Court Judicial Review and Power. Mr. Schreane is incarcerated at U.S.P. Terre Haute, Terre Haute Indiana that gives this Honorable Court "Jurisdiction" to utalize its Judicial power. 28 U.S.C.S. § 1361.

- Mr. Schreane was approved to receive his retirement, but however his incarcaration has prevented him from receiving his "Retirement" old-age benefits. Mr. Schreane seeking this Honorable Court adjudication. With this matter from the Social Security Administration thats located out of Brimingham Alabama. Mr. Schreane also have his retirement identification number.

- Mr. Schreane have reached the age of "retirement" and he will be 67 years old March 31, 2022. Mr. Schreane was born March 31, 1955. Upon Mr. Schreane begain working he was not advised that if you are incarcerated you can not receive your retirement payment. Mr. Schreane Money that he worked for and Served in the United States Army Reserves is his Property and to deny Mr. Schreane of his Property violates his Due Process.

- The government left Mr. Schreane with no options when his money was deducted each time that he received his pay check. It was not advised to Mr. Schreane whether he want his funds deducted for "social Security for old age benefit retirement" Mr. Schreane money was "taken" each time he worked and received a pay check.

1.

- Mr. Schreane have survived the old-age to receive his "Property" that was taken from him without his consent for any of his Property to be with held.
  Whether Mr. Schreane reached the age of retirement while in Society or incarcerated, or incarceration. his money that was infact taken was his Property. and he is rightfully at the age to receive his Property that was taken.
  It would be a form of Punishment to deny Mr. Schreane of his Property that would violate his "Due Process" and Eight Amendment. and Equal Protection of the law. a Punishment do not have to leave scars, or need not leave scars to be Cruel." Justice Sotomaior. wrote. However denying Mr. Schreane of his Due Process, which is his Property, as a result would be double Jeopardy also. Mr. Schreane's incarceration should not lead to the denial of his retirement because, his money is his property that legally belong to him that he worked for. Prior to his imprisonment. It would be cruel to deny him of his Property. Mr. Schreane should be given the same "equal treatment" of every human being that have maintain employment and their Property was "taken" until they reached the age of retirement. Some human beings did not live long enough to receive the fruit of their labor.

- Mr. Schreane might not get out of Prison, but his Property would allow him to continue to seek Justice from his wrongful conviction. Mr. Schreane Property would allow him to pay off his court (current) filing fees from (PLRA) Prison Litigation Reform Act. Mr. Schreane, health is not the same as it was and he is currently taking prescribed medication Mr. Schreane was advised by the Prison Physican that he should try to consume certain food products.

- The Bureau of Prison do not accommondate Mr. Schreane with the care thats stated by the Prison thats being provided, if so certain food items would be given to Mr. Schreane to maintain his health. And the Bureau of Prison would pay Mr. Schreane's court fees, for his Civil Actions, thats been a result from the mistreatment and denial of Mr. Schreane's Rights as a Prisoner. The Bureau of Prison do not provide "any" state raw material to Mr. Schreane that has state case. Mr. Schreane state raw material alone with other legal material was confiscated and destoryed. Mr. Schreane filed his civil action with this Honorable Court and Appealed to the Seventh Circuit to file as a indisent prisoner.

- Mr. Schreane do not receive money from family because, most of them have expired, and disable. Mr. Schreane is experiencing a hardship, and should not be deprived of his Property. If Mr. Schreane do not live to be discharged from Prison. what happen with his Property?

2.

- Mr. Schreane have a Payee that Complied with the application for Retirement Insurance Benefits form SSA-1-BK (06-2018) uf OMB NO: 0960-0618
- Mr. Schreane Application was filed with the Social Security Administration Workload Support Unit 1200 Rev Abraham Woods Jr. Blvd. Birmingham Alabama 35285-0001 See Attached Letter by his Payee/Power of Attorney.

Respectfully Submitted

Clarence M. Schreane

Clarence D. Schreane, 17956074
U.S.P. Terre Haute
P.O. Box 33
Terre Haute IN. 47808

## Certificate of Service

I Clarence D. Schreane, declare that this motion Pursuant to Prisoner Retirement Benefit was given to Prison official to be mailed by U.S. mail with Sufficient First class U.S. Postage Stamps to:

Clerk, United States District Court
Southern District of Terre Haute
Terre Haute Division
921 Ohio Street
Terre Haute Indiana 47807

Respectfully Submitted

Clarence M. Schreane

Clarence D. Schreane 17956074
USP Terre Haute
P.O. Box 33
Terre Haute IN. 47808

3