UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CLARENCE D. SCHREANE,                    )
                                         )
                    Plaintiff,           )
                                         )
              v.                         )        No. 2:22-cv-00051-JPH-MJD
                                         )
SOCIAL SECURITY ADMINISTRATION,          )
                                         )
                    Defendant.           )

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now

enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff.  This

action is dismissed without prejudice.

Date:  5/11/2022

_James Patrick Hanlon_

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk

By: _Pam Pope_____

Deputy Clerk, U.S. District Court

Distribution:

CLARENCE D. SCHREANE
17956-074
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808